JUDGE DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :

      -v.-                :  INDICTMENT

TERRENCE MAINER,                   10 CRIM 469

      Defendant.         :
- - - - - - - - - - - - - - - - - -x

### Count One

The Grand Jury charges:

On or about January 24, 2010, in the Southern District of New York, TERRENCE MAINER, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about April 3, 2007 for robbery in the third degree, a Class D felony, in violation of New York Penal Law Section 160.05, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm and ammunition, to wit, one .32 caliber Rossi pistol and two .32 caliber bullets, all of which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                          PREET BHARARA
                                    United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 27 MAY 2010

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

TERRENCE MAINER,

Defendant.

---

INDICTMENT

(18 U.S.C. § 922(g)(1).)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

_____ Foreperson.

---

May 27, 2010
Indictment filed
Case assigned to Judge Daniels.
Freeman, USMJ