Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

_Southern_ District of _New York_

Caption:

_USA_                    v.

_Terrence Mainer_

Docket No.: 10 CR 469

(G-BD)

(District Court Judge)

Daniels

Notice is hereby given that _Terrence Mainer_ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other [ ] _____ (specify)

entered in this action on _5/25/11_
                          (date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence ✓   Other [ ]

Defendant found guilty by plea ✓ | trial | | N/A [

Offense occurred after November 1, 1987?   Yes [ ✓ ]   No [ ]   N/A [

Date of sentence: _5/25/11_     N/A [ ]

Bail/Jail Disposition: Committed ✓   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes ✓ | No |   | If yes, provide the following information:

Defendant's Counsel: _Scott Tulman_

Counsel's Address: _369 Lexington Avenue_
_NY NY 10017_

Counsel's Phone: _(212) 867-3600_

Assistant U.S. Attorney: _Alvin Bragg_

AUSA's Address: _1 St. Andru Plc_
_NY NY_

AUSA's Phone: _____

_____
Signature