# MANDATE

N.Y.S.D. Case #
10-cr-0469(GBD)

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of February, two thousand and twelve.

UNITED STATES OF AMERICA,

    *Appellee,*

  v.

TERRENCE MAINER,

    *Defendant-Appellant.*

### ORDER

Docket No.: 11-2547

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:** _____
**DATE FILED:** February 21, 2012

  IT IS HEREBY ORDERED that the motion by appellant Terrence Mainer to withdraw his appeal is GRANTED, with prejudice.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 02/21/2012**