USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DATE FILED: MAR 26 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

TERRENCE MAINER,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

10 Cr. 469 (GBD)

GEORGE B. DANIELS, United States District Judge:

  Florian Miedel is appointed counsel to Terence Mainer pursuant to the Criminal Justice Act.

Dated: New York, New York
   March 26, 2013

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

1