

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 4, 2013

Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Fax: (212) 805-6737

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 05 2013

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: JUN 05 2013

Re: <u>United States v. Terrence Mainer</u>, 10 Cr. 469 (GBD)

Your Honor:

The Government respectfully submits this letter to request that the initial conference in the above-captioned matter be scheduled for 9:30 a.m. on Friday, June 14, 2013.

Respectfully,

PREET BHARARA
United States Attorney

By: ___/s/___
Micah W. J. Smith
Assistant United States Attorney
Tel. No.: (212) 637-2439

cc: David K. Bertran, Esq.
*By E-mail*