# DAVID K. BERTAN

ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE IN
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 16 2014

June 5, 2014

Via Fax (212)-805-6737

Hon. George B. Daniels, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

JUN 16 2014

SO ORDERED
The conference is adjourned to June 18, 2014 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: USA v. Terrence Mainer
Docket No. 10 Cr-469 GBD)
Violation of Supervised Release

Dear Judge Daniels:

I am writing to request that the date of the arraignment in this matter be set for June 18, 2014 at 10:00 AM. I have spoken with AUSA Sidhardha Kamaraju, and he consents to this request.

Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

DKB
cc: AUSA Sidhardha Kamaraju (via e-mail)